IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Danny Group, LLC, Elmadani M. Karam, Mohammed Karam, Blazian Promotions & Company, LLC, Hector Melendez and Natalie Trota-Litsey, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Myrtle Beach, Myrtle Beach Downtown Redevelopment Corporation, David Sebok, and John Pederson, <br><br> Defendants. | Civil Action No. 4:19-cv-02087-SAL <br><br> **CONSENT ORDER COMPELLING PLAINTIFFS' DISCOVERY RESPONSES** |

This matter came before the Court on Myrtle Beach Downtown Redevelopment Corporation's ("MB DRC") motion to compel discovery responses from Plaintiffs, filed January 14, 2020. [ECF No. 22.] The parties have resolved the motion and consented to the relief requested by MB DRC as set out in this Order.

On September 13, 2019, MB DRC served discovery on Plaintiffs. After several deadline extensions, Plaintiffs served their initial discovery responses on November 19, 2019. After consultation, Plaintiffs served supplemental discovery responses. MB DRC contended that Plaintiffs' discovery responses remained deficient after supplementation. After further consultation with Plaintiffs, MB DRC filed the present motion to compel. Thereafter, the parties continued to consult and resolved a number of the issued raised by the motion. However, the following discovery items remain outstanding:

- Plaintiff Melendez's tax returns for the years 2014–2018;
- Plaintiff Trota-Litsey's tax returns for the year 2018;
- Plaintiff Blazian Promotions tax returns for the years 2014–2018;
- Plaintiff Elmadani Karam's tax returns for the years 2014–2018;

- Plaintiff Mohammed Karam's tax returns for the years 2014–2018; and
- Plaintiff Melendez's itemized statement of claimed damages.

The Plaintiffs agree that these remaining discovery items should be produced and have consented to the following relief requested by MB DRC in order to resolve the motion to compel:

- Plaintiffs Melendez, Trota-Litsey, Blazian Promotions, Elmadani Karam, and Mohammed Karam shall each accurately complete and execute IRS Form 4506 authorizing MB DRC to obtain copies of each of the Plaintiff's tax returns for the years 2014–2018 and shall return the completed forms to counsel for MB DRC within ten (10) days of the date of this Order;
- Plaintiffs Melendez, Trota-Litsey, Blazian Promotions, Elmadani Karam, and Mohammed Karam shall each accurately complete, execute, and submit IRS Form 4506-T to obtain copies of each of the Plaintiff's tax transcripts for the years 2014–2018 within ten (10) days of the date of this Order and shall forward copies of the tax transcripts to counsel for MB DRC within ten (10) days of receipt of same from the IRS;
- Plaintiff Melendez shall serve supplemental discovery responses setting forth an itemized statement of his claimed damages within ten (10) days of the date of this Order; and
- Failure by any Plaintiff to comply with the requirements above shall result in the dismissal of that Plaintiff's claims, with prejudice, in accordance with Fed. R. Civ. P. 37(b)(2)(A)(v).

Now therefore, based on consideration of the submissions of the parties and the parties' consent, it is hereby ORDERED that MB DRC's motion to compel is GRANTED and the Court hereby orders the following relief:

(a) Plaintiffs Melendez, Trota-Litsey, Blazian Promotions, Elmadani Karam, and Mohammed Karam shall each accurately complete and execute IRS Form 4506 authorizing MB DRC to obtain copies of each of the Plaintiff's tax returns for the years 2014–2018 and shall return the completed forms to counsel for MB DRC within ten (10) days of the date of this Order;

(b) Plaintiffs Melendez, Trota-Litsey, Blazian Promotions, Elmadani Karam, and Mohammed Karam shall each accurately complete, execute, and submit IRS Form 4506-T to obtain copies of each of the Plaintiff's tax transcripts for the years 2014–2018 within ten (10) days of the date of this Order and shall forward copies of the tax transcripts to counsel for MB DRC within ten (10) days of receipt of same from the IRS;

(c) Plaintiff Melendez shall serve supplemental discovery responses setting forth an itemized statement of his claimed damages within ten (10) days of the date of this Order; and

(d) Failure by any Plaintiff to comply with the requirements above shall result in the dismissal of that Plaintiff's claims, with prejudice, in accordance with Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS SO ORDERED.**

/s/Sherri A. Lydon
The Hon. Sherri A. Lydon
Dated:  April 29, 2020                                    U.S. District Judge

**WE SO CONSENT!**

Plaintiff(s)                                                             Defendant(s)

s/TUCKER S. PLAYER                                    s/ANDREW M. CONNOR
Tucker S. Player (D.S.C. Bar No. 7512)         Andrew M. Connor (D.S.C. Bar No. 11191)
PLAYER LAW FIRM, LLC                               NELSON MULLINS RILEY & SCARBOROUGH
P.O. Box 21005                                                Post Office Box 1806
Columbia, South Carolina  29221                    Charleston SC  29402-1806
Telephone: (803) 772-8008                             Telephone:    (843) 853-5200
E-mail:       tucker@playerlawfirm.com         E-mail:  andrew.connor@nelsonmullins.com

***ATTORNEYS FOR PLAINTIFF***              ***ATTORNEYS FOR DEFENDANTS***

Dated:  April 28, 2020

3