AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| James Brady et al  *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 4:19cv107 JD; 4:19cv2087 JD |
| City of Myrtle Beach ; John Pederson  *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action IS dismissed on the merits, ~~and the defendant *(name)*~~ _____ ~~recover costs from the plaintiff *(name)*~~ _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Joseph Dawson III, United States District Judge.

This action came to trial before the court and a jury, and the defendants' motion for directed verdict has been duly heard and granted.

Date: March 27, 2023

Robin L. Blume
*CLERK OF COURT*

s/Sharon Welch Meyer
Deputy Clerk
*Signature of Clerk or Deputy Clerk*